IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00345-RMR-TPO

CADI US, LLC,

    Plaintiff,

v.

STATEBRIDGE COMPANY, LLC;
FRONTRANGE ACQUISITION, LLC;
CRESTONE HOLDINGS, LLC;
KEVIN KANOUFF;
DAVID MCDONNELL;
GLENN ROBSON;
DAVID ROBERTSON;
SCOTT BERRY; and
JOHN DOES I-X;

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on July 3, 2025.**

    In light of the Defendants' Unopposed Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), the Scheduling Conference, set for July 9, 2025, is **vacated**.